reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

PAUL HIRSCHMANN and PAULA HIRSCHMANN v. CHARLES R. JOHNSON.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THOMAS E. FITZGERALD v. BESSIE FITZGERALD, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

WILLIAM COPELAND DODGE v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

FLORENCE BARNARD v. PHILIP E. BARNARD.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

DANIEL POLANSKY v. AMERICAN CYANAMID COMPANY.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LEWIS F. GLASER v. IRVING BRAND and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LEWIS F. GLASER v. IRVING BRAND and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of SCON LOUIS MOZIANOF for an Order Pursuant to Section 1300, Article 78, of the Civil Practice Act against WILLIS E. MERRIMAN, as Superintendent of the Manhattan State Hospital in the Department of Mental Hygiene of the State of New York, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of LEON MENDELSON for an Order of Mandamus against JAMES E. FINEGAN and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JAMES F. T. O'CONNOR, as Comptroller of the Currency, and Others, v. BANKERS TRUST COMPANY and Others.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 714.] Present — Martin, P. J., O'Malley, Townley, Glennon and Callahan, JJ.

In the Matter of the Application of FLORENCE V. RYAN for Herself and on Behalf of All Other Persons Who, Except for Their Age, Are Qualified to Participate in the Civil Service Examination to Be Given for the Position of Clerk, Grade 2, as Heretofore Announced, for an Order against JAMES E. FINEGAN and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of ARTHUR A. SNYDER for an Order against JAMES E. FINEGAN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.